AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>5101 S. Mill Avenue, Unit 128, Bldg. 6 Tempe, Arizona. | Case No. 25-3241MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before June 23, 2025 *(not to exceed 14 days)* ☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☒ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: June 9, 2025 @ 3pm     M Morrissey
                                             *Judge's signature*

City and state: <u>Phoenix, Arizona</u>     <u>Honorable Michael T. Morrissey, U.S. Magistrate Judge</u>
                                            *Printed name and title*

## ATTACHMENT A

*Property to be searched*

The property to be searched is 5101 S. Mill Avenue, Unit 128, Bldg. 6 Tempe, Arizona, further described as a multi-family, two story building. The door is facing east.

## ATTACHMENT B

*Person to be seized*

1. Miguel Angel VASQUEZ-FAVELA
   a. Sex: Male
   b. Race: Hispanic/white
   c. Height: 6'00"
   d. Weight: 110 lbs.
   e. DOB: 12/03/1999
   f. Last 4 of SSN: 5025
   g. Driver's License Number: D09526659– Issuing State – Arizona

2. Photo of VASQUEZ-FAVELA – identified by Affiant, Deputy U.S. Marshal Carlos Cajelo




# ATTACHMENT C

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>MIGUEL ANGEL VAZQUEZ-FAVELA,<br>a/k/a MIGUEL ANGEL VAZQUEZ<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cr-012 |

RECEIVED
UNITED STATES MARSHALS
JAN 22 2025
DISTRICT OF NORTH DAKOTA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Miguel Angel VAZQUEZ-FAVELA, a/k/a Miguel Angel VAZQUEZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (400 grams or more fentanyl - mixture)
Attempted Distribution of Fentanyl (400 grams or more - mixture)
Aiding and Abetting

Date:   01/22/2025

/s/ Melissa Fischer
*Issuing officer's signature*

City and state:   Bismarck, ND

Melissa Fischer, Deputy Clerk
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
5101 S. Mill Avenue, Unit 128, Bldg. 6 Tempe, Arizona.

Case No. 25-3241 MB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachment A**

located in the District of Arizona, there is now concealed:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances |

The application is based on these facts:

**See attached Affidavit of Deputy Carlos Cajelo**

☒ Continued on the attached sheet.
☐ Delayed notice of _30_ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA D. Matthew Conti

*CARLOS CAJELO*
Applicant's Signature

Digitally signed by DAVID CONTI
Date: 2025.06.09 14:17:53 -07'00'
Sworn to telephonically and signed electronically.

Deputy Carlos Cajelo, United States Marshal's Service
Printed name and title

Date: June 9, 2025

M Morrissey
Judge's signature

City and state: Phoenix, Arizona

Honorable Michael T. Morrissey, U.S. Magistrate Judge
Printed name and title

## **ATTACHMENT A**

*Property to be searched*

The property to be searched is 5101 S. Mill Avenue, Unit 128, Bldg. 6 Tempe, Arizona, further described as a multi-family, two story building. The door is facing east.

# ATTACHMENT B

*Person to be seized*

1. Miguel Angel VASQUEZ-FAVELA

    a. Sex: Male

    b. Race: Hispanic/white

    c. Height: 6'00"

    d. Weight: 110 lbs.

    e. DOB: 12/03/1999

    f. Last 4 of SSN: 5025

    g. Driver's License Number: D09526659– Issuing State – Arizona

2. Photo of VASQUEZ-FAVELA – identified by Affiant, Deputy U.S. Marshal Carlos Cajelo




# ATTACHMENT C

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>**MIGUEL ANGEL VAZQUEZ-FAVELA,**<br>**a/k/a MIGUEL ANGEL VAZQUEZ**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cr-012<br><br>RECEIVED<br>UNITED STATES MARSHALS<br>**JAN 22 2025**<br>DISTRICT OF NORTH DAKOTA |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Miguel Angel VAZQUEZ-FAVELA, a/k/a Miguel Angel VAZQUEZ                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
(400 grams or more fentanyl - mixture)
Attempted Distribution of Fentanyl (400 grams or more - mixture)
Aiding and Abetting

Date: 01/22/2025                                           /s/ Melissa Fischer
                                                   *Issuing officer's signature*

City and state:   Bismarck, ND                             Melissa Fischer, Deputy Clerk
                                                   *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____                                 _____
                                                   *Arresting officer's signature*

                                                   _____
                                                   *Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Carlos Cajelo, being first duly sworn, hereby deposes and states as follows:

### I.  INTRODUCTION AND AGENT BACKGROUND

1. I make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the premises located at 5101 S. Mill Avenue, Unit 128, Bldg. 6 Tempe, Arizona, (hereinafter the "**Subject Residence**"), as further described in Attachment A, to search for and seize, Miguel Angel Vasquez-Favela (hereinafter "VASQUEZ-FAVELA") as described herein and in Attachment B, for whom an arrest warrant has been issued by the United States District Court of the District of North Dakota.

2. I am a Deputy with United States Marshals Service (USMS) and have been since October 30, 2018. I am a law enforcement officer of the United States and am empowered by law to conduct investigations, make arrests, and execute search warrants pursuant to 18 U.S.C. § 3053. I am currently a member of the USMS WANTED Violent Offender Task Force which specializes in fugitive investigations. I am also assigned to the Organized Crime Drug Enforcement Task Force (OCDETF) Strikeforce in Phoenix, Arizona. Prior to my current duties, I was a Border Patrol Agent under the Department of Homeland Security for approximately eight years. As part of my duties, I have conducted investigations in the areas of narcotics, fugitive apprehension of federal and state offenders, and investigations of prohibited possessors of firearms.

3. The statements contained in this Affidavit are based on my personal observations, my training and experience, and information obtained from other agents and witnesses, and public source information.

4. This Affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, I believe that there is probable cause that VASQUEZ-FAVELA is occupying or residing at the **Subject Residence** as described in Attachment A.

**II.    PROBABLE CAUSE**

6. On January 22, 2025, an arrest warrant was issued by the United States District Court for the District of North Dakota for the arrest of VASQUEZ-FAVELA under case number 1:25-CR-012. The warrant indicates that VASQUEZ-FAVELA is wanted pursuant to an indictment for Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, Attempted Distribution of Fentanyl, and Aiding and Abetting.

7. On May 30, 2025, I was assigned to locate and arrest VASQUEZ-FAVELA pursuant to the above-referenced arrest warrant. I reviewed several different law enforcement databases and learned that VASQUEZ-FAVELA was associated with an apartment at 5101 S. Mill Avenue, Unit 128, Bldg. 6 Tempe, Arizona.

8. I also reviewed prior arrest reports and photographs associated with VASQUEZ-FAVELA and learned that he has tattoos on his left wrist, right hand, and his chest. Also, previous arrest reports indicated that VASQUEZ-FAVELA was approximately 6' in height, and 110 pounds with medium/short black hair. VASQUEZ-FAVELA was also described as "looking severely emaciated." The details on his arrest warrant fact sheet, however, indicate that VASQUEZ-FAVELA is 6'03" and 160 pounds.

9. On May 30, 2025, I went to the Mercury Mill Apartments located at 5101 S. Mill Avenue, Tempe, Arizona where I showed a photograph of VASQUEZ-FAVELA to the apartment manager. The apartment manager told me that VASQUEZ-FAVELA was recognized by a maintenance crew member at Unit 128 on May 29, 2025. The apartment manager also told me that the registered tenants for the **Subject Residence** are Miguel Angel Vasquez and Zulema Guerrero. Miguel Angel Vasquez and Zulema Guerrero are believed to be VASQUEZ-FAVELA's parents based on based on available law enforcement databases. According to USMS Deputies from the United States District Court

for the District of North Dakota, VASQUEZ-FAVELA's parents undertook efforts to hide VASQUEZ-FAVELA's whereabouts when they were questioned after the arrest warrant was issued.

10. On the morning of June 2, 2025, USMS investigators with the USMS Wanted Violent Offender Task Force surveilled the **Subject Residence**. Approximately one hour into the surveillance, investigators observed Zulema Guerrero leave the **Subject Residence** and get into a white Mercedes Benz with an Arizona license plate. The registered owner of the Mercedes Benz is Joel Angel Vasquez Favela. Investigators believe Jose Angel Vasquez Favela is VASQUEZ-FAVELA's brother based on his appearance and interaction with Zulema Guerrero.

11. Shortly after, Joel Angel Vasquez Favela and Zulema Guerrero returned to the apartment complex and entered the **Subject Residence**. Soon after, deputies observed another male, later identified as Gudberto Favela Guerrero, briefly exit and enter the **Subject Residence**. (Investigators believe it was Gudberto Favel Guerrero after reviewing a known photograph of him.) Investigators believe Gudberto Favela Guerrero is VASQUEZ-FAVELA's brother based on his appearance.

12. Investigators then observed Zulema Guerrero exit the **Subject Residence** with a male subject that shared VASQUEZ-FAVELA's reported physical description and a known photograph. Based on their review of the photograph, investigators believe the person they observed was VASQUEZ-FAVELA. Zulema Guerrero and VASQUEZ-FAVELA proceeded to the courtyard briefly before returning to the **Subject Residence**.

13. On the evening of June 2, 2025, I returned to the **Subject Residence** to gather additional evidence of VASQUEZ-FAVELA's location. Approximately thirty minutes into the surveillance, I observed an individual who matched the physical description of VASQUEZ-FAVELA outside the **Subject Residence** speaking with an unidentified individual, after which he was no longer visible to me. Based on my review of known

photographs of VASQUEZ-FAVELA and the physical description of the person I saw, I believe I saw VASQUEZ-FAVELA.

14. Based on the observations of investigations, my observations, training, and experience, and discussions with other trained law enforcement personnel, I believe VASQUEZ-FAVELA is currently residing at the **Subject Residence** located at 5101 S. Mill Avenue, Unit 128, Bldg. 6, Tempe, Arizona.

### III. CONCLUSION

15. An arrest warrant, attached as Attachment C, has been issued by the United States District Court of the District of North Dakota for the arrest of Miguel Angel VASQUEZ-FAVELA. I submit there is probable cause to believe that Miguel Angel VASQUEZ-FAVELA, the subject of the warrant and as described in Attachment B, is residing at the **Subject Residence** at the above listed address, as described in Attachment A.

*CARLOS CAJELO*
DEPUTY CARLOS CAJELO
UNITED STATES MARSHALS SERVICE

Subscribed to electronically and sworn telephonically this __9__ day of June, 2025.

*M Morrissey*
HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge